Entered on Docket
June 03, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed June 03, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: Sean O'Donovan Wilson and Lori Elizabeth Wilson

Case No.: 11−40146 RLE

Chapter: 7

Debtor(s)/

## ORDER VACATING ORDER OF DISCHARGE

On **6/2/2011**, the Clerk's Office entered the Order of Discharge on the above captioned case in error.

In light of the above and good cause appearing,

IT IS ORDERED that the Order of Discharge in the above captioned case is vacated.

**END OF ORDER**

1
2                           COURT SERVICE LIST
3
4  All Recipients
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28