Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Sean O'Donovan Wilson | Case No.: 11–40146 RLE 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Fred Hjelmeset is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 6/3/11

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge